U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of    Case Number:

SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et al.
v.
PRO FIT SERVICE, INC., an Illinois corporation

FILED
MARCH 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH  08 C 1292

JUDGE MANNING
MAGISTRATE JUDGE MASON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et al., Plaintiffs herein

| | |
|---|---|
| NAME (Type or print) <br> Beverly P. Alfon | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Beverly P. Alfon | |
| FIRM <br> Baum Sigman Auerbach & Neuman, Ltd. | |
| STREET ADDRESS <br> 200 W. Adams Street, Suite 2200 | |
| CITY/STATE/ZIP <br> Chicago, IL  60606-5231 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6274459 | TELEPHONE NUMBER <br> 312/236-4316 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐  NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |